FILED
2011 Jun-14  PM 01:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **WANDA DILLARD and SAMUEL BRYAN DILLARD, and all others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **v.** | ) **Case No.: 2:11-CV-1956-VEH** ) |
| **CAPITAL ONE BANK (USA), N.A.,** | ) ) |
| **Defendant.** | ) |

---

### ORDER OF DISMISSAL

Before the court is the Plaintiffs' Notice of Voluntary Dismissal of Action Without Prejudice, doc. #4, filed on June 10, 2011. Therefore, it is **ORDERED, ADJUDGED**, and **DECREED** that is case is **DISMISSED WITHOUT PREJUDICE**.

**DONE** this the 14th day of June, 2011.

_VE Hopkins_

**VIRGINIA EMERSON HOPKINS**
United States District Judge